## Commonwealth *v.* Stroup, Appellant.

Submitted December 2, 1974. Before WATKINS, P. J., JACOBS, HOFFMAN, CERCONE, PRICE, VAN DER VOORT, and SPAETH, JJ.

*Graham C. Showalter,* for appellant.

*James F. McClure, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, March 31, 1975:

Judgment of sentence affirmed and the defendant is directed to appear in the court below at such time as he may be there called, and that he be by that court com-

mitted until he has complied with the sentence, or any part thereof which has not been performed at the time the appeal was made a supersedeas.

JACOBS, HOFFMAN and SPAETH, JJ., concur in the result for the reasons set forth in *Commonwealth v. Bowes*, 233 Pa. Superior Ct. 71, 335 A.2d 718 (1975).